UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC HOLDER,<br>ATTORNEY GENERAL,<br>UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DAVID ALLEN BRANCA, | : | |
| Defendant. | : | No. 09- CV-03145 |

FILED
JUL 29 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## CONSENT JUDGMENT AND ORDER OF APPROVAL

Plaintiff, Eric Holder, Attorney General of the United States of America (the "United States Attorney General"), and Defendant, David Allen Branca, hereby agree and consent to judgment in favor of Plaintiff and against Defendant in the form of the following permanent injunction:

> 1. Defendant, David Allen Branca, and his representatives, agents, employees and any others acting in concert or participation with him are **PERMANENTLY ENJOINED** from publishing, either orally or in writing, on paper or in electronic format, in whole or in substantial part, the messages appearing on his internet website as set forth in paragraph 13 of the government's complaint, or from publishing, either orally or in writing, on paper or in electronic format,

David A. Branca
7/18/09

   equivalent messages that contain the names, addresses, personal information or photographs of reproductive health care physicians, staff, or patients with the intent to threaten the physicians, staff or patients -- or any other person or any class of persons -- thus preventing individuals from obtaining or providing reproductive health care services.

2. The government shall monitor the Defendant's internet website to ensure Defendant is in compliance with the terms of this permanent injunction.

3. Nothing in this permanent injunction shall prohibit Defendant from picketing, creating, publishing, and disseminating anti-abortion information so long as such activities do not constitute illegal threats, elicit violence, nor

2

*David A. Branson*
7/18/09

violate the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248 (1994), in any manner.

| DAVID ALLEN BRANCA | ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA |
|---|---|
| Defendant | Plaintiff |
| BY: *David A. Branca* <br> DAVID ALLEN BRANCA | BY: MICHAEL L. LEVY <br> United States Attorney |

*Denis V. Brenan*
DENIS V. BRENAN, ESQUIRE
P.O. Box 465
Newtown Square, PA 19073
(610) 359-0893

Attorney for David Branca

*Margaret L. Hutchinson by MCF*
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

*Annetta Foster Givhan*
ANNETTA FOSTER GIVHAN
Assistant United States Attorney
615 Chestnut Street Suite 1250
Philadelphia PA  19106-4476
(215) 861-8319

Attorneys for the Attorney General of the United States

## ORDER APPROVING CONSENT JUDGMENT AND PERMANENT INJUNCTION

AND NOW, this 29th day of July, 2009, upon consideration of the complaint of Plaintiff, Eric Holder, Attorney General of the United States of America, and the parties' above-signed Consent to Judgment, it is hereby ORDERED

3

7/18/09

that judgment is hereby entered in favor of Plaintiff and against Defendant, David Allen Branca, and a permanent injunction shall hereby issue in the above-agreed to form.

APPROVED AND SO ORDERED
BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

David A. Branca
7/18/09

4